UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JOEL PORTER,

                               Plaintiff,

          -against-

City of New York et al.,

                              Defendants.
-------------------------------------------------------x

No. 18 CV 10057-LTS-DCF

ORDER

       On November 20, 2018, the Court consolidated this action with 18-CIV-10056. (Docket Entry No. 5.) On March 11, 2020, the parties in 18-CIV-10056 filed a stipulation and order of dismissal, dismissing the action with prejudice.

       Accordingly, the Clerk of Court is respectfully directed to resolve the pending motion to dismiss (Docket Entry No. 22) and close this case.

       SO ORDERED.

Dated: New York, New York
       July 15, 2020

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge